| | |
|---|---|
| 1<br>2<br>3<br>4 | CHRISTOPHER E. SEYMOUR, #126330<br>GILMORE MAGNESS JANISSE<br>Post Office Box 28907<br>Fresno, California 93729-8907<br>Telephone: (559) 448-9800<br>Facsimile: (559) 448-9899 |
| 5<br>6 | Attorneys for Plaintiff Hansen Equipment<br>Company 401(k) Profit Sharing Plan |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HANSEN EQUIPMENT COMPANY 401(K) PROFIT SHARING PLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CARMEN VICTORIA IBARRA, an individual; VALARIE ALEXIS COX, an individual; CHRISTINA TORRES, an individual; MARCELINA TORRES, an individual; and MARGARITA TORRES, an individual,<br><br>  Defendants. | Case No. 1:19-CV-00676-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>(**F.R.C.P., Rule 6, Local Rule No. 144**)<br><br>(**Doc. 9**) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendants CARMEN VICTORIA IBARRA, VALARIE COX, CHRISTINA TORRES, MARCELINA TORRES, and MARGARITA TORRES ("**Stipulating Defendants**") have each been served with process in the above-captioned matter;

WHEREAS, the parties are in the process of finalizing the terms of a settlement agreement and anticipate completion of that process forthwith;

GILMORE MAGNESS JANISSE
A PROFESSIONAL CORPORATION
POST OFFICE BOX 28907
FRESNO, CALIFORNIA 93729-8907

02347-0117\481564.1

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

NOW, THEREFORE, the Parties HEREBY STIPULATE that the deadline for each of the Stipulating Defendants to respond to the Complaint herein is extended to **August 15, 2019.**

IT IS SO STIPULATED.

DATED: July 15, 2019  GILMORE MAGNESS JANISSE

By: /s/ Christopher E. Seymour
Christopher E. Seymour
Attorneys for Plaintiff Hansen Equipment
Company 401(k) Profit Sharing Plan

DATED: July 15, 2019  RUDDELL, STANTON, BIXLER, MAURITSON & EVANS, LLP

By: /s/ Daniel L. Evans
Daniel L. Evans
Attorneys for Defendant Carmen Victoria
Ibarra and Valarie Cox

DATED: July 15, 2019  LAW OFFICE OF JOHN W. GORDON

By: /s/ John W. Gordon
John W. Gordon
Attorneys for Defendants Christina Torres,
Marcelina Torres, and Margarita Torres

**ORDER**

The Court, having duly considered the parties' stipulation set forth above (Doc. 9), and good cause appearing, orders as follows:

The deadline for Defendants CARMEN VICTORIA IBARRA, VALARIE COX, CHRISTINA TORRES, MARCELINA TORRES, and MARGARITA TORRES to respond to the Complaint is hereby extended to **August 15, 2019.**

IT IS SO ORDERED.

Dated: **July 17, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE