# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

HANSEN EQUIPMENT COMPANY 401(k) PROFIT SHARING PLAN,

             Plaintiff,

v.

CARMEN VICTORIA IBARRA, VALARIE ALEXIS COX, CHRISTINA TORRES, MARCELINA TORRES, and MARGARITA TORRES,

             Defendants.

Case No. 1:19-cv-00676-LJO-SKO

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 12)

On August 13, 2019, Plaintiff filed a notice of voluntary dismissal in which Plaintiff notifies the Court of the dismissal of Plaintiff's claims against Defendants. (Doc. 12.) Plaintiff filed this notice before any of the Defendants served either an answer or a motion for summary judgment. Thus, Plaintiff has voluntarily dismissed this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **August 13, 2019**          /s/ *Sheila K. Oberto*

                                  UNITED STATES MAGISTRATE JUDGE